**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

|  |  |
|---|---|
| BANKUNITED, N.A., | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-168 |
| v. | |
| MAYFAIR HOTELS INC.; and PREM L. PATEL, | |
| Defendants. | |

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendants, in which the parties stipulate to the dismissal of this matter with prejudice, with each party to bear its own costs, expenses, and attorney's fees. (Doc. 17.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 2nd day of April, 2026.

_____

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA